GUNTHER HARDWARE CO., INC.

*v.*

STATE OF ILLINOIS.

*Opinion filed April 18, 1923.*

CONTRACT—*when State liable.* The State is liable for merchandise purchased by the Department of Public Welfare.

Edward J. Brundage, Attorney General, for State.

Gunther Hardware Company (Inc.) filed herewith sworn statement for goods and merchandise purchased by the Department of Public Welfare for $50.88. And the Attorney General consents to the allowance of same.

An award is therefore made to claimant for fifty and 88/100 dollars.